UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN D. HARVIE,<br><br>        Plaintiff<br><br>vs.<br><br>IOWA PACIFIC HOLDINGS, LLC, and MASSACHUSETTS COASTAL RAILROAD, LLC,<br><br>        Defendants | No.: 1:13-cv-11453-WGY |

# JOINT STATEMENT

## Proposed Timetable for Discovery and Motion Practice

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1, it is hereby Ordered that:

**1.** **Initial Disclosures:** Initial Disclosures required by Fed. R. Civ. P 26(a)(1) must be completed by October 29, 2013.

**2.** **Amendments to Pleadings:** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after July 1, 2014.

**3.** **Fact Discovery – Interim Deadlines:**

   a. Written discovery (Requests for production of documents, interrogatories and request for admission) shall be served no later than May 1, 2014.

    b.    All depositions, other than expert depositions, must be completed by July 1, 2014.

4. **Fact Discovery – Final Deadline:** All discovery, other than expert discovery, must be completed by July 1, 2014.

5. **Status Conference:** A status conference will be held on _____.

6. **Expert Discovery:**

    a. Plaintiff's trial experts must be designated, and the information contemplated by Fed.R.Civ.P. 26(a)(2) must be disclosed by August 1, 2014.

    b. Plaintiff's trial experts must be deposed by October 6, 2014.

    c. Defendants' trial experts must be designated, and the information contemplated by Fed.R.Civ.P. 26(a)(2) must be disclosed by September 1, 2014.

    d. Defendants trial experts must be deposed by November 3, 2014.

7. **Dispositive Motions:**

    a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by Oct. 3, 2014.

    b. Oppositions to dispositive motions must be filed within 30 days after service of the motion.

8. Initial Pretrial Conference: An initial pretrial conference will be held on

_____ at _____a.m./p.m.

| | |
|---|---|
| Respectfully submitted,<br>Plaintiff, Kevin D. Harvie<br>By his attorney, | Respectfully submitted,<br>Defendants, Iowa Pacific Holdings, LLC and Massachusetts Coastal Railroad, LLC,<br>By its attorney, |
| /s/ George J. Cahill<br>George J. Cahill, Esq.<br>cahill@trainlaw.com<br>Cahill & Perry, P.C.<br>43 Trumbull Street<br>New Haven, Connecticut 06510<br>T:(203 777-1000<br>F:(203) 865-5904 | /s/ Seth C. Turner<br>Seth C. Turner, Esq.<br>sturner@flynnwirkus.com<br>FLYNN WIRKUS YOUNG P.C.<br>400 Crown Colony Drive, Suite 601<br>P.O. Box 699242<br>Quincy, MA 02269<br>T: (617) 773-5500<br>F: (617) 773-5510 |

Dated: October 18, 2013

G:\F & A\CASE FILES\Mass Coastal Railroad\Harvie\Pleadings\16.1 Joint Scheduling Statement 10.18.13.docx

## CERTIFICATE OF SERVICE

The undersigned, counsel for Defendants, hereby certifies that a copy of the foregoing was served upon all counsel of record by CM/ECF electronic filing and first class mail on this 18th day of October, 2013.

George J. Cahill, Jr.
Cahill & Perry, P.C.
43 Trumbull Street
New Haven, CT 06510

/s/ Seth C. Turner_____
Seth C. Turner, Esq.